JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY G., | No. CV 24-03592-MWC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

Date: November 15, 2024

MICHELLE WILLIAMS COURT
United States District Judge